**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7435**

CHARLES TYSON, a/k/a Charles Kevin Bruce Tyson,

              Plaintiff - Appellant,

      v.

WARDEN WILLIE L. EAGLETON, of Evans Correctional Institution;
DIRECTOR JON E. OZMINT; SHARON PATTERSON, Disciplinary Hearing
Officer; ETHEL REDFERN, Grievance Coordinator,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (6:06-cv-01686-PMD)

Submitted:  February 28, 2008          Decided:  March 6, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Tyson, Appellant Pro Se.  Charles Jonathan Bridgmon, Ruskin
C. Foster, MCCUTCHEN, BLANTON, JOHNSON & BARNETTE, LLP, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Tyson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Tyson v. Eagleton</u>, No. 6:06-cv-01686-PMD (D.S.C. Aug. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>